# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156737(67)

MICHIGAN ASSOCIATION OF HOME
BUILDERS, ASSOCIATED BUILDERS AND
CONTRACTORS OF MICHIGAN, and
MICHIGAN PLUMBING AND MECHANICAL
CONTRACTOR ASSOCIATION,
          Plaintiffs-Appellants,

v

CITY OF TROY,
          Defendant-Appellee.

SC:  156737
COA:  331708
Oakland CC:  2010-115620-CZ

_____/

On order of the Chief Justice, the motion of the Michigan Health and Hospital Association and the Michigan Society of Association Executives to file a brief amicus curiae is GRANTED.  The amicus brief submitted on September 6, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2018



Clerk